Attachment A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

_HARVEY R. JOHNSON,_
_____ Plaintiff,
_Your full name_

FILED

MAR 2 8 2022

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

## FEDERAL TORTS CLAIM ACT
## COMPLAINT

v.

Civil Action No.: _3:22 CV 56_
_(To be assigned by the Clerk of Court)_

UNITED STATES OF AMERICA,
    _Defendant._

_Groh_
_Trumble_
_Sims_

## I.    JURISDICTION

The Court has jurisdiction over this action pursuant to: Title 28 U.S.C. Section 2671, et seq. (FTCA) and Title 28 U.S.C. Section 1346(b)(1).

## II.    PLAINTIFF

_In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided._

A.    Your full name: _Harvey R. Johnson_ Inmate No.: _#54945-018_
       Address: _6005 Chapman St., Cocoa, FL 32927_

## III.    PLACE OF PRESENT CONFINEMENT

Name of
Prison/Institution: _Former Inmate Release on 2/25/22_
       _FCI-Gilmer P.O. Box 6000, Glenville, WV 26351_
A.    Is this where the events concerning your complaint took place?
          ☒ Yes        ☐ No

Attachment A

If you answered "NO," where did the events occur?

_____

_____

_____

## IV.   PREVIOUS LAWSUITS

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?    ☒ Yes          No

B.   If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1.   Parties to this previous lawsuit:

Plaintiff(s): _Harvey R. Johnson_
Defendant(s): _United States_

_____

2.   Court: _Northern District of WV_
        *(If federal court, name the district; if state court, name the county)*

3.   Case Number: _1:21cv 88_

4.   Basic Claim Made/Issues Raised: _Negligence_

_____

_____

5.   Name of Judge(s) to whom case was assigned: _U.S. District Judge Kleeh, Magistrate Judge Aloi_

6.   Disposition: _Voluntarily dismissed without prejudice_
        *(For example, was the case dismissed? Appealed? Pending?)*

7.   Approximate date of filing lawsuit: _07/12/21_

**Attachment A**

8.    Approximate date of disposition. Attach copies: _08/05/21_

_Copy Attached_

C.    Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
 Yes    ☒ No

D.    If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought. _Filed Suit Prematurely_

E.    Did you exhaust **ALL** available administrative remedies?
 ☒ Yes       ☐ No

F.    If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted. _Submitted A FTCA exhaustion requirement pursuant to 28 U.S.C. §2671._

_Copy Attached._

G.    If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

1.    Parties to previous lawsuit:

Plaintiff(s): _Harvey R. Johnson_

Defendant(s): _Jason Cooke, et al.,_

---

**Attachment A**

2. Name and location of court and case number: *Middle district of Florida, Ocala division  5:14cv285*

3. Grounds for dismissal:   ☐ frivolous        ☐ malicious
   ☒ failure to state a claim upon which relief may be granted

4. Approximate date of filing lawsuit: *12/19/14*

5. Approximate date of disposition: *11/08/2017*
   *Continued on Attachment #2 from section G. of form.*

V.   **ADMINISTRATIVE REMEDIES PURSUANT TO THE FTCA**

A. Did you file an <u>FTCA Claim Form (SF-95)</u>, or any other type of written notice of your claim, with the appropriate BOP Regional Office?
   ☒ Yes        ☐ No

B. If your answer is "YES," answer the questions below:

   1. Identify the type of written claim you filed: *FTCA Claim Form (SF-95)*

   2. Date your claim was filed: *Approximately  08/02/2021*

   3. Amount of monetary damages you requested in your claim:
      *5,000,000*

   4. If you received a written Acknowledgment of receipt of your claim from the BOP, state the:

      i. Date of the written acknowledgment: *January 31, 2022*
      ii. Claim Number assigned to your claim: *TRT-MXR-2021-07158*

C. If your claim involves individuals who are employed by government agencies **other than the BOP**, did you file an <u>FTCA Claim Form (SF-95)</u>, or any other type of written notice of your claim with the appropriate government agencies?    ☐ Yes        ☒ No

**Attachment A**

D.   If your answer is "YES," answer the questions below:

1.   Identify the specific government agency or agencies, including the addresses, where you filed notice of your claim:

_____

_____

_____

2.   Identify the type of written claim(s) you filed: _____

_____

3.   Date your claim(s) were filed: _____

4.   Amount of monetary damages you requested in your claim(s):

_____

5.   If you received a written Acknowledgment of receipt of your claim(s), state the:

I.   Date of the written Acknowledgment: _____

ii.   Claim Number assigned to your claim: _____

E.   If the BOP (or other government agency that received notice of your claim) either denied your claim or offered you a settlement that you did not accept, please state whether you requested reconsideration of your claim.

☐ Yes     ☒ No

1.   If you answered "YES," state the:

I.   Date you requested reconsideration: _____

ii.   Date the agency acknowledged receipt of your request for reconsideration: _____

Attachment A

## VI.    STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the facts of your case.  **You must include allegations of specific wrongful conduct as to EACH and EVERY federal employee about whom you are complaining. Describe exactly what each federal employee did.** Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph. **UNRELATED CLAIMS MUST BE RAISED IN A SEPARATE CIVIL ACTION. NO MORE THAN FIVE (5) TYPED OR TEN (10) LEGIBLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT. (LR PL 3.4.4)***

CLAIM 1: Negligence grossly failing to Attempt to Prevent spread of virus

Supporting Facts: Defendants committed gross negligence Against plaintiff, which resulted in severe damage of physical pain, as well As mental Anguish And more, by failing to take the
Continued on Attached ①

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:
U.S.A., U.S. Attorney General William Barr, FCI-Gilmer Health Service Administration (exact names unknown), FCI-Gilmer Executive Staff, warden Hudgins, Associate warden (name unknown), Captain (name unknown) etc. All employed by BoP.

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?   ☒ Yes      ☐ No

If your answer is "YES," please explain: Having Authority to Act, enforce safety etc of inmates.

CLAIM 2: _____

**Attachment A**

Supporting Facts: _____

_____

_____

_____

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

_____

_____

_____

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?      □ Yes      □ No

If your answer is "YES," please explain: _____

_____

_____

_____

CLAIM 3: _____

_____

_____

Supporting Facts: _____

_____

_____

_____

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

_____

_____

_____

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?      □ Yes      □ No

**Attachment A**

If your answer is "YES," please explain: _____

_____

_____

_____

CLAIM 4: _____

_____

_____

Supporting Facts: _____

_____

_____

_____

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

_____

_____

_____

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?      ☐ Yes      ☐ No

If your answer is "YES," please explain: _____

_____

_____

_____

_____

CLAIM 5: _____

_____

_____

Supporting Facts: _____

_____

_____

_____

**Attachment A**

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

_____

_____

_____

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?      ☐ Yes      ☐ No

If your answer is "YES," please explain: _____

_____

_____

_____

_____

## VII.  INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured or your property damaged and the exact nature of your damages. _____

See Attachment @ pages 1-2 @ paragraphs #'s 5 And 6 continued from section VI.

## VIII.  RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*

impose Compensatory damages of 5,000,000 which would cover Also future pain And suffering, mental Anguish etc As well.

**Attachment A**

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _6005 Chapman St._ on _03/22/2022_ .
            (Location)                          (Date)

Your Signature